**Fill in this information to identify the case**

United States Bankruptcy Court for the:

Western District of Texas
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   MicroTraks, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   unknown

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   45 - 3590793
   EIN

5. **Debtor's address**

   Principal place of business

   c/o Brian Gilroy, Registered Agent
   Number    Street

   4630 N. Loop 1604 W. Suite 305

   San Antonio                TX    78249
   City                       State ZIP Code

   Bexar
   County

   Mailing address, if different

   (Texas Secretary of State lists)
   310 Alder Road
   Number    Street

   _____
   P.O. Box

   Dover                      DE    19904
   City                       State ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____

   _____
   City                       State ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor _____ Case number (if known)_____
       Name

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | www.microtraks.com |

| | | |
|---|---|---|
| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | Type of debtor's business | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

**Part 3: Report About the Case**

| | | |
|---|---|---|
| 10. | Venue | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor _____     Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Tatanka, LLC | Convertible Note | $620,000.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Tatanka, LLC   c/o James A. Stroud
5949 Sherry Lane, Suite 960
Dallas, TX 75225

Name and mailing address of petitioner's representative, if any
_____

**Attorneys**

Printed name: David S. Gragg / Allen M. DeBard
Firm name: Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
Contact phone: 210-736-6600
Email: adebard@langleybanack.com / dgragg@langleybanack.com
Bar number: 08253300 Gragg   24065132 DeBard
State: Texas

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/02/2025

X /s/ James A. Stroud, Manager
Signature of petitioner or representative, including representative's title

X /s/ [signed]
Signature of attorney
Date signed: 4/7/2025

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor _____  Case number (if known)_____
            Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State       ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State       ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MICROTRAKS, INC. | § § | INVOLUNTARY CHAPTER 7 |
| | § | CASE NO. _____ |
| INVOLUNTARY DEBTOR. | § § | |

## CORPORATE OWNERSHIP STATEMENT (Rule 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 any corporation that is a party to [the Involuntary Petition], other than the debtor or a governmental unit, shall file two copies of a statement that identifies any corporation, other than a governmental unit, that direct or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under this subdivision.

Tatanka, LLC, Petitioning Creditor's Corporate Ownership Statement:
Identity of any corporation other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

NONE

TATANKA, LLC
5949 Sherry Lane, Suite 960
Dallas, TX 75225

By: _/s/ James A. Stroud_
JAMES A. STROUD

Title: MANAGER

**PETITIONING CREDITOR**

LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600
Telecopier: (210) 735-6889

By: _/s/ David S. Gragg_
DAVID S. GRAGG
State Bar No. 08253300
ALLEN M. DeBARD
State Bar No. 24065132

**ATTORNEYS FOR
PETITIONING
CREDITOR, TATANKA, LLC**